AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>**CHRISTOPHER MAURER**<br><br>―――――――――――――――<br>*Defendant* | )<br>)<br>)  **Case: 1:23-mj-00041**<br>)  **Assigned To : Upadhyaya, Moxila A.**<br>)  **Assign. Date : 2/21/2023**<br>)  **Description: Complaint W/ Arrest Warrant**<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____ **CHRISTOPHER MAURER** _____ ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

*This offense is briefly described as follows:*

18 U.S.C. § 231(a)(3) - Civil Disorder;
18 U.S.C. §§ 111(a)(1) and (b) - Assaulting, Resisting, or Impeding Certain Officers with a Deadly and Dangerous Weapon;
18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(4) - Engaging in Physical Violence in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(E) - Impeding Passage through the Capitol Grounds or Buildings;
40 U.S.C. § 5104(e)(2)(F) - Engaging in an Act of Physical Violence on Capitol Grounds or Buildings.

Date:     02/21/2023          *[signature]*        Digitally signed by Moxila A.
                                                  Upadhyaya
                                                  Date: 2023.02.21 11:43:19 -05'00'
                                    *Issuing officer's signature*

City and state:        Washington, D.C.          **Moxila A. Upadhyaya, U.S. Magistrate Judge**
                                                  *Printed name and title*

---

### Return

This warrant was received on *(date)*  2/21/2023 , and the person was arrested on *(date)*  2/22/2023
at *(city and state)*  WESTBROOK, MAINE.

Date:  2/22/2023                      *[signature]*
                              *Arresting officer's signature*

                    KURT S. ORMBERG FBI
                        *Printed name and title*  SPECIAL AGENT