# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )  Criminal No. 23-CR-00145-JEB-1
)
Christopher Maurer )

## NOTICE OF APPEAL

Name and address of appellant: Christopher Maurer

Name and address of appellant's attorney: None; (pressured to be) pro se

Offense: 18 USC § 111(a)(1), 18 USC § 111(b)

Concise statement of judgment or order, giving date, and any sentence:

On Monday, November 18, 2024, Appellant was found guilty to count 4 of the indictment filed on 5/3/2023. Count 4 18 USC § 111(a)(1) assaulting, resisting, or impeding certain officers, and 18 USC § 111(b) using a dangerous weapon.

Name and institution where now confined, if not on bail: Grayson County Jail, Leitchfield, KY

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

12/06/2024                           Deborah Ash for /CM
DATE                                 APPELLANT      702.955.8653
                                     ATTORNEY FOR APPELLANT

**RECEIVED**
DEC 06 2024
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

GOVT. APPEAL, NO FEE [ ]
CJA, NO FEE [ ]
PAID USDC FEE [ ]
PAID USCA FEE [ ]

Does counsel wish to appear on appeal?                         YES [ ]  NO [ ]
Has counsel ordered transcripts?                               YES [ ]  NO [ ]
Is this appeal pursuant to the 1984 Sentencing Reform Act?     YES [ ]  NO [ ]